IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BROOKE ASHTON TABOR, INDIVIDUALLY AND A/N/F KENNEDI TABOR; | § § § § | |
| | § | SA-21-CV-00217-ESC |
| *Plaintiff,* | § § | |
| vs. | § § | |
| FITNESS INTERNATIONAL, LLC, | § § | |
| *Defendant.* | § § | |

## **ORDER**

Before the Court in the above-styled cause of action is the parties' Agreed Motion to Appoint Guardian Ad Litem [#15]. By their motion, the parties inform the Court that they have reached a full and final settlement of all claims asserted by Plaintiff against Defendant and that the settlement involves the interest of Kennedi Tabor, a minor child. The parties ask the Court to appoint Troy A. Brookover as guardian ad litem to protect the interests of Kennedi Tabor with respect to the settlement so that the parties may present the settlement to the Court for consideration and approval. The Court will grant the parties' motion.

**IT IS THEREFORE ORDERED** that the parties' Agreed Motion to Appoint Guardian Ad Litem [#15] is **GRANTED**.

**IT IS FURTHER ORDERED** that Troy A. Brookover, The Law Offices of Troy A. Brookover, 14100 San Pedro Avenue, Suite 550, San Antonio, Texas 78232, 210-321-9792, troy@brookoverlaw.com, a duly licensed attorney at law, is hereby **APPOINTED** as the Guardian ad Litem for Kennedi Tabor, a Minor Child, to protect her interest with respect to Plaintiff's settlement with Defendant.

**IT IS FURTHER ORDERED** that a reasonable fee for the Guardian ad Litem's review of the settlement with Defendant and appearance at the prove-up hearing shall be taxed against Defendant.

**IT IS FURTHER ORDERED** that the Clerk forward a copy of this Order to Mr. Brookover.

**IT IS FINALLY ORDERED** that counsel for Plaintiffs and Defendants provide Mr. Brookover with sufficient information whereby he can make an appropriate recommendation to this Court on the parties' settlement. The Guardian Ad Litem should file his recommendation **under seal** with the Court within **30 days** of this Order.

SIGNED this 26th day of July, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE